Order filed November 13, 2018



In The

# Fourteenth Court of Appeals

————————

### NO. 14-18-00742-CV
### NO. 14-18-00743-CV

————————

## IN THE INTEREST OF D.W. JR, A CHILD

---

## On Appeal from the 246th District Court
## Harris County, Texas
## Trial Court Cause No. 2017-48742 and 2017-48742A

---

## ORDER

These are accelerated appeals from a judgment in suits in which the termination of the parent-child relationship is at issue. The appellant is the Texas Department of Family and Protective Services ("the Department").

We granted the Department's motion to extend time to file its brief until November 12, 2018. When we granted the motion, we noted no further extensions would be granted absent extraordinary circumstances. No brief has been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed.

*See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

If the Department does not file a brief by **November 26, 2018**, we will dismiss the appeals for lack of prosecution. *See* Tex. R. App. P. 38.8(a)(1).


PER CURIAM